1

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

8

JEREMY GILPIN, ET AL.

9

10

            Plaintiff(s),

11

   vs.

CU CAPITAL MARKET SOLUTIONS,

12

LLC, ET AL.

13

         Defendant(s).

14

Case #3:20-CV-000589

**VERIFIED PETITION FOR**
**PERMISSION TO PRACTICE**
**IN THIS CASE ONLY BY**
**ATTORNEY NOT ADMITTED**
**TO THE BAR OF THIS COURT**
**AND DESIGNATION OF**
**LOCAL COUNSEL**

FILING FEE IS $250.00

15

16

      Steven Lawrence Polk      , Petitioner, respectfully represents to the Court:
        (name of petitioner)

17

    1.    That Petitioner is an attorney at law and a member of the law firm of

18

                 Eversheds Sutherland (US) LLP

19

                       (firm name)

20

with offices at        999 Peachtree Street, NE, Suite 2300       ,
                      (street address)

21

     Atlanta     , Georgia        ,   30306  ,

22

     (city)               (state)          (zip code)

23

    404-853-8225    ,   LarryPolk@eversehds-sutherland.us  .
(area code + telephone number)      (Email address)

24

    2.    That Petitioner has been retained personally or as a member of the law firm by

25

CU Capital Market Solutions, LLC and Capital M to provide legal representation in connection with
              [client(s)]

26

27

the above-entitled case now pending before this Court.

28

                                                Rev. 5/16

3.      That since _____ 1983 _____ , Petitioner has been and presently is a
                                      (date)
member in good standing of the bar of the highest Court of the State of  Georgia _____  [▼]
                                                                                      (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.      That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
| --- | --- | --- |
| Georgia | 7/6/1983 | 582959 |
| Florida | 9/26/2008 | 56802 |
| Colorado | 1/27/2009 | 40726 |
| US Court of Appeals-Sixth Circuit | 7/19/2005 | |
| US Court of Appeals-Third Circuit | 1/30/2020 | |
| USDC-Northern District of Georgia | 1983 | |
| USDC-Distirct of Colorado | 2009 | |

5.      That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6.    That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

| None |
| --- |

7.    That Petitioner is a member of good standing in the following Bar Associations.

| Georgia, Florida and Colorado |
| --- |

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
| --- | --- | --- | --- |
| None | | | Denied ▾ |
| | | | Denied ▾ |
| | | | Denied ▾ |
| | | | Denied ▾ |
| | | | Denied ▾ |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2  FOR THE PURPOSES OF THIS CASE ONLY.

3

4  _____
   Petitioner's signature

   STATE OF  Georgia  ▾  )
5                         )
   COUNTY OF _____Fulton_____  )
6

7  Steven Lawrence Polk, Petitioner, being first duly sworn, deposes and says: That

8  the foregoing statements are true.

9  _____
   Petitioner's signature

10 Subscribed and sworn to before me this

11 _12th_ day of _November_ , _2020_

12

13 _____
   Notary Public or Clerk of Court

14

15

16 ### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
   ### THE BAR OF THIS COURT AND CONSENT THERETO.

17

18 Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

   believes it to be in the best interests of the client(s) to designate ____Enrique R. Schaerer____ ,
19                                                                          (name of local counsel)
   Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20 above-entitled Court as associate resident counsel in this action. The address and email address of

21 said designated Nevada counsel is:

22

23 _____4785 Caughlin Parkway_____ ,
                              (street address)
24
   _____Reno_____ , _____Nevada_____ ▾ , __89519__ ,
25     (city)                (state)                (zip code)

26 _____775-827-2000_____ , ____eschaerer@mcllawfirm.com____ .
   (area code + telephone number)        (Email address)

27

28                               4                               Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Enrique R. Schaerer _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

CU Capital Market Solutions, LLC, President
(type or print party name, title)

_____
(party's signature)

Capital Markets Management Group, LLC
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

11706                          eschaerer@mcllawfirm.com
Bar number                    Email address

APPROVED:

Dated: this __16th__ day of __November__, 20__20__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



𝔖𝔲𝔭𝔯𝔢𝔪𝔢 𝔔𝔬𝔲𝔯𝔱
𝔖𝔱𝔞𝔱𝔢 𝔬𝔣 𝔊𝔢𝔬𝔯𝔤𝔦𝔞
NATHAN DEAL JUDICIAL CENTER
𝔄𝔱𝔩𝔞𝔫𝔱𝔞 30334

October 14, 2020

I hereby certify that Steven L. Polk, Esq., was admitted on the 29th day of September, 1983, as a member of the bar of the Supreme Court of Georgia, the highest court of the State; and, since that date he has been and is now a member of this bar in good standing, as appears from the records and files in this office.

Witness my signature and the seal of this Court, hereto affixed the day and year first above written.



, Clerk

# Supreme Court of Florida

## Certificate of Good Standing

*I JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do*

*hereby certify that*

### STEVEN LAWRENCE POLK

*was admitted as an attorney and counselor entitled to practice law in all the*

*Courts of the State of Florida on* **SEPTEMBER 26, 2008,** *is presently in good*

*standing, and that the private and professional character of the attorney appear*

*to be good.*



*WITNESS my hand and the Seal of the*

*Supreme Court of Florida at Tallahassee,*

*the Capital, this October 14, 2020.*

_____

*Clerk of the Supreme Court of Florida*



# State of Colorado,

STATE OF COLORADO, ss:

I, __Cheryl Stevens__ Clerk of the Supreme Court of the State of Colorado, do hereby certify that

_____ __S. Lawrence Polk__ _____

has been duly licensed and admitted to practice as an

## ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the _____ 27th _____

day of ___ __January__ ___ A. D. __2009__ and that at the date hereof

the said ___ __S. Lawrence Polk__ _____

is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this

___ __20__^th ___ day of ___ __October__ ___ A. D. __2020__

**Cheryl Stevens**

_____ Clerk

By _____

Deputy Clerk