1  ENRIQUE R. SCHAERER
2  NV Bar No.: 11706
   MAUPIN, COX & LEGOY
3  4785 Caughlin Parkway
   Reno, Nevada 89519
4  (775) 827-2000-Phone
   (775) 827-2185-Fax
5  eschaerer@mcllawfirm.com

6  S. LAWRENCE POLK (*pro hac vice*)
   EVERSHEDS SUTHERLAND (US) LLP
7  999 Peachtree St. NE, Suite 2300
   Atlanta, Georgia 30309
8  (404) 853-8000-Phone
   (404) 853-8806-Fax
9  larrypolk@eversheds-sutherland.com

10  *Attorneys for CU CAPITAL MARKET SOLUTIONS, LLC and CAPITAL MARKETS MANAGEMENT GROUP, LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| JEREMY GILPIN and HARDAWAY CAPITAL GROUP A LIMITED-LIABILITY COMPANY, | )<br>)<br>) |
| | ) CIVIL ACTION FILE NO. 3:20-CV-000589 |
| Plaintiffs | )<br>) **STIPULATION AND ORDER** |
| | ) **EXTENDING TIME TO FILE REPLY** |
| vs. | ) **BRIEF IN SUPPORT OF MOTION TO** |
| | ) **DISMISS** |
| CU CAPITAL MARKET SOLUTIONS, LLC, and CAPITAL MARKETS MANAGEMENT GROUP, LLC, | )<br>) **(FIRST REQUEST)**<br>) |
| | ) |
| Defendants. | ) |

By and through their respective undersigned counsel, Plaintiffs and Defendants hereby stipulate and agree that the time for Defendants to file their reply brief in support of their Motion to Dismiss First Amended Complaint (ECF NO. 23) is hereby extended for a period of 7 days, from December 9, 2020 through and including December 16, 2020.

1

The Parties request this extension due to the fact that Defendant's counsel continues to work remotely and has other pending deadlines. This is the parties' first stipulation to extend the time for filing Defendants' reply brief in support of motion to dismiss.

Respectfully submitted, this 4th day of December, 2020

| | |
|---|---|
| **MAUPIN, COX & LeGOY** | **KAEMPFER CROWELL** |
| /s/ *Enrique R. Schaerer* | /s/*Severin A. Carlson* |
| Enrique R. Schaerer | Severin A. Carlson, No. 9373 |
| NV Bar No.: 11706 | Sihomara L. Graves, No. 13239 |
| 4785 Caughlin Parkway | 50 West Liberty Street, Suite 700 |
| Reno, NV 89519 | Reno, NV 89201 |
| T: (775) 827-2000 | T: (775) 852-3900 |
| F: (775) 827-2185 | F: (775) 327-2011 |
| eschaerer@mclrenolaw.com | scarlson@kcnvlaw.com |
| | sgraves@kcnvlaw.com |
| **EVERSHEDS SUTHERLAND (US) LLP** | **NEXSEN PRUET, PLLC** |
| /s/ *S. Lawrence Polk* | /s/ *Peter A. Santos* |
| S. Lawrence Polk (*admitted pro hac vice*) | Peter A. Santos (*admitted pro hac vice*) |
| 999 Peachtree Street, NE | 227 W. Trade Street, Suite 1550 |
| Atlanta, GA 30309-3996 | Charlotte, NC 28202 |
| T: (404) 853-8000 | T: (704) 338-5336 |
| F: (404) 853-8806 | psantos@nexsenpruet.com |
| larrypolk@eversheds-sutherland.com | |
| | *Attorneys For JEREMY GILPIN and HARDAWAY CAPITAL GROUP A LIMITED LIABILITY COMPANY* |
| *Attorneys for CU CAPITAL MARKET SOLUTIONS, LLC and CAPITAL MARKETS MANAGEMENT GROUP, LLC* | |

## ORDER

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:   December 7, 2020

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JEREMY GILPIN and HARDAWAY CAPITAL GROUP A LIMITED-LIABILITY COMPANY, | ) ) ) |
| | ) CIVIL ACTION FILE NO. 3:20-CV-000589 |
| Plaintiffs | ) **CERTIFICATE OF SERVICE** |
| | ) |
| vs. | ) |
| | ) |
| CU CAPITAL MARKET SOLUTIONS, LLC, and CAPITAL MARKETS MANAGEMENT GROUP, LLC, | ) ) ) |
| | ) |
| Defendants. | ) |

I HEREBY CERTIFY that I electronically filed the foregoing **STIPULATION AND ORDER EXTENDING TIME TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following and all attorneys of record:

Sihomara L. Graves, SGraves@kcnvlaw.com
Peter A Santos, PSantos@nexsenpruet.com
Severin A. Carlson, scarlson@kcnvlaw.com

This 4th day of December, 2020.

/s/ Enrique R. Schaerer
EMPLOYEE